UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                              Case No.: 3:26-mj-01087-MCR

YUAN LI,

    Defendant,
                                /

                        Defense Atty.: SCOTT SCHMIDT
                            AUSA: RACHEL LASRY

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | March 6, 2026 11:42 - 11:54 AM 8 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | REPORTER | Digital |
| INTERPRETER | Catherine Finn | PRETRIAL | BENJAMIN FELDER |

**CLERK'S MINUTES**

**PROCEEDINGS:**     **INITIAL APPEARANCE/RULE 5**

Mandarin interpreter Catherine Finn was placed under oath.

The defendant was arrested by NCIS on March 6, 2026, on a Complaint out of the District of South Carolina.

The Court requested the presence of counsel for the possible appointment of counsel.

The defendant requested court-appointed counsel and was placed under oath. Judge Richardson questioned the defendant regarding his financial ability to retain counsel. Based on the defendant's financial affidavit, the Court

appointed the Federal Public Defender's Office; however, the defendant may be required to reimburse a portion or all of the legal fees at the conclusion of the case.

Oral Notice of Appearance entered on behalf of the defendant by Scott Schmidt.

Judge Richardson advised the defendant of his rights and directed Ms. Lasry to inform the defendant of the charges, penalties, and special assessment.

Ms. Lasry orally moved for detention and a continuance of the detention hearing.

Judge Richardson set the detention hearing for **March 11, 2026, at 11:30 a.m.**

**Order of Temporary Detention to enter.**