# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **COMMITMENT** |
| **v.** | **TO ANOTHER DISTRICT** |
| **YUAN LI** | **CASE NO. 3:26-MJ-1087-MCR** |

| CHARGES | | |
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| Complaint | 18 U.S.C. § 371 | South Carolina/Charleston Division |
| | | Case Number: 2:26-mj-00010 |

**Description:** Conspiracy

| PROCEEDINGS |
|---|
| **BOND STATUS:** Defendant waived Identity Hearing but reserved his right to have the Detention Hearing held in the charging district. |
| **COUNSEL:** Court Appointed/Federal Public Defender |
| **INTERPRETER:** Mandarin Interpreter Required |

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the defendant and to transport him with a certified copy of this Commitment Order forthwith to the Charging District, and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Monte C. Richardson, United States Magistrate Judge

Date: 3/13/26

### RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |

AO 94 (Rev. 8/97) Commitment to Another District